Adam C. Anderson (Bar No. 024314)

ANDERSON BANTA CLARKSON PLLC

48 North Macdonald

Mesa, AZ 85201

480-272-5983

adam@abclawgroup.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| ZUNIKA THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | No.<br><br>COMPLAINT & TRIAL<br>BY JURY DEMAND |

## COMPLAINT

NOW COMES the plaintiff, ZUNIKA THOMPSON, by and through her attorneys, SMITHMARCO, P.C., and for her Complaint against the defendant, IQ DATA INTERNATIONAL, INC., the plaintiff states as follows:

### I.   PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

## II. JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

## III. PARTIES

4. ZUNIKA THOMPSON, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Phoenix County of Maricopa State of Arizona.

5. The debt that Plaintiff was allegedly obligated to pay was a debt allegedly owed by Plaintiff to Estates on Maryland (hereinafter, "the Debt").

6. The debt that Plaintiff allegedly owed Estates on Maryland was for rent and related expenses from an apartment she had vacated which was for the personal use of Plaintiff and/or used for household expenditure.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. IQ DATA INTERNATIONAL, INC., (hereinafter, "Defendant") is a business entity engaged in the collection of debt within the State of Arizona. Defendant's principal place of business is located in the State of Washington.

9. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

10. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

11. During the course of its efforts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence via the mail

and/or electronic mail and initiates contact with alleged debtors via various means of telecommunication, such as the telephone and facsimile.

12. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

13. At all relevant times, Defendant acted through its duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### IV. ALLEGATIONS

14. On May 20, 2014, in a complaint for eviction filed against Plaintiff, a judgment order was entered in the matter of Estates on Maryland v. Zunika Thompson, case number CC2014081801, in the amount of $1,573.25.

15. The aforesaid judgment order stated that interest would be added at the rate of 4.25% until the judgment was paid in full.

16. On or about June 30, 2014, Plaintiff received a telephone call from a person that identified herself as "Stephanie," a duly authorized representative of Defendant, who stated that she was calling to collect the Debt from Plaintiff to Estates on Maryland.

17. During the aforesaid conversation, Defendant represented to Plaintiff that the debt is incurring interest at a rate of 10%.

18. Defendant's statement that the debt was incurring interest at a rate of 10% was false, deceptive and misleading given that there was a judgment order entered which provided that the interest rate was only 4.25% per annum.

19. On or about June 30, 2014, Defendant sent Plaintiff a correspondence in an attempt to collect the debt from Plaintiff to Estates on Maryland.

20. The aforesaid correspondence was the initial communication with Plaintiff.

21. The aforesaid correspondence stated that the balance owed on the debt was $2,948.01.

22. Of that balance of $2,948.01, $26.41 was interest.

23. Defendant's representations, in its correspondence to Plaintiff dated June 30, 2014, as delineated above, were false, deceptive and misleading given that the judgment entered against Plaintiff, just forty days before the date of the aforementioned judgment, provided that the debt was only $1,573.25 and incurring interest at a rate of just 4.25% per annum.

24. Defendant's representations, in its correspondence to Plaintiff dated June 30, 2014, as delineated above, misrepresented the character, amount, and/or legal status of the Debt given that the balance of the debt could not be $2,948.01.

25. In its attempts to collect the debt allegedly owed by Plaintiff to Estates on Maryland, Defendant violated the FDCPA, 15 U.S.C. §1692, in one or more of the following ways:

  a. Used false, deceptive, misleading and unfair or unconscionable means to collect or attempt to collect an alleged debt in violation of 15 U.S.C. §1692e;

  b. Falsely represented the character, amount, or legal status of any debt in violation of 15 U.S.C. §1692e(2)(A);

  c. Used any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning the consumer in violation of 15 U.S.C. §1692e(10);

  d. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

26. As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

### V. JURY DEMAND

27. Plaintiff hereby demands a trial by jury on all issues so triable.

### VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, ZUNIKA THOMPSON, by and through her attorneys, respectfully prays for Judgment to be entered in favor of Plaintiff and against Defendant as follows:

 a. All actual compensatory damages suffered;

 b. Statutory damages of $1,000.00;

 c. Plaintiff's attorneys' fees and costs;

 d. Any other relief deemed appropriate by this Honorable Court.

Respectfully Submitted,

By:   s/ Adam C. Anderson

**Adam C. Anderson**

**Attorney for Plaintiff,**

**Zunika Thompson**

October 1, 2014

**Adam C. Anderson (Bar No. 024314)**

**ANDERSON BANTA CLARKSON PLLC**

**48 North Macdonald**

**Mesa, AZ 85201**

**480-272-5983**

**adam@abclawgroup.com**

**Attorney for Plaintiff**