1  Adam C. Anderson (Bar No. 024314)
2  ANDERSON BANTA CLARKSON PLLC
3  48 North Macdonald
4  Mesa, AZ 85201
5  480-272-5983
6  adam@abclawgroup.com
7  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| ZUNIKA THOMPSON, | |
|---|---|
| Plaintiff, | |
| v. | No. CV-14-02181-PHX-ROS |
| IQ DATA INTERNATIONAL, INC., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT**

   NOW COMES the Plaintiff, ZUNIKA THOMPSON, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

   1.   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

Dismissal-1

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully Submitted,

By:    s/ Adam C. Anderson

**Adam C. Anderson**

**Attorney for Plaintiff,**

**Zunika Thompson**

**January 6, 2015**

**Adam C. Anderson (Bar No. 024314)**

**ANDERSON BANTA CLARKSON PLLC**

**48 North Macdonald**

**Mesa, AZ 85201**

**480-272-5983**

**adam@abclawgroup.com**

**Attorney for Plaintiff**

Dismissal-2